# United States Bankruptcy Court
# District of South Carolina

IN RE:

| | |
|---|---|
| VINCENT ERWIN HAMBRIGHT JR<br>ETHEL MARIE HAMBRIGHT<br>118 EASTVIEW DRIVE<br>GAFFNEY, SC  29340<br><br>DEBTORS | CASE NO.: 10-07569-hb<br>CHAPTER 13 |

### TRUSTEE'S NOTICE OF UNCLAIMED DIVIDENDS

Gretchen D. Holland, Trustee for the above referenced case is submitting by mail check #0611142 in the amount of $4,094.76 representing monies designated to creditors or debtor refund as follows:

| Creditor / Payee | Claim # | Reason for Return | Amount |
|---|---|---|---|
| Sallie Mae Private Credit | 65 | Creditor is unable to locate the account | $1,307.48 |

Date: 09/02/2015

/s/ Gretchen D. Holland

Gretchen D. Holland, Chapter 13 Trustee
20 Roper Corners Cir Ste C
Greenville, SC  29615-4833
864-242-0314
864-242-3679 Facsimile

### FOR BANKRUPTCY COURT USE ONLY

| Date | Reference | Received | Disbursed | Balance |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |