# United States Bankruptcy Court
# District of South Carolina

IN RE:

VINCENT ERWIN HAMBRIGHT JR
ETHEL MARIE HAMBRIGHT
118 EASTVIEW DRIVE
GAFFNEY, SC  29340

CASE NO.: 10-07569-hb
CHAPTER 13

DEBTORS

## TRUSTEE'S NOTICE OF UNCLAIMED DIVIDENDS

Gretchen D. Holland, Trustee for the above referenced case is submitting by mail check #0611142 in the amount of $4,094.76 representing monies designated to creditors or debtor refund as follows:

| Creditor / Payee | Claim # | Reason for Return | Amount |
|---|---|---|---|
| Sallie Mae Private Credit | 66 | Creditor is unable to locate the account | $1,655.36 |

Date: 09/02/2015

/s/ Gretchen D. Holland

Gretchen D. Holland, Chapter 13 Trustee
20 Roper Corners Cir Ste C
Greenville, SC  29615-4833
864-242-0314
864-242-3679 Facsimile

## FOR BANKRUPTCY COURT USE ONLY

| Date | Reference | Received | Disbursed | Balance |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |